IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

**ORDER**

| | |
|---|---|
| MICHAEL REES; | No. 4:23-CV-22-D |
| SUSAN LAURION; | No. 4:23-CV-33-D |
| FELICIA BAZEMORE, as personal representative of the estate of Allen Ray Hardy; | No. 5:23-CV-66-D |
| THELMA S. FIGGS, as personal representative of the estate of Robert A. Figgs, Sr.; | No. 5:23-CV-78-D |
| ISAIAH WILSON, JR., as personal representative of the estate of Jerone Wilson; | No. 5:23-CV-79-D |
| GLANZER F. JOLLY; | No. 5:23-CV-80-D |
| BILL WOODARD; | No. 5:23-CV-116-D |
| STEPHEN M. WILLIAMS, MOSES R. JENKINS, JR., on behalf of themselves and all others similarly situated; | No. 7:23-CV-22-D |
| MOSES R. JENKINS, JR.; | No. 7:23-CV-25-D |
| THADDEUS KASSAB; | No. 7:23-CV-31-D |
| RICHARD WUENST; | No. 7:23-CV-41-D |
| RODNEY JAMES PENLAND; | No. 7:23-CV-44-D |
| CHERYL DURRANT, and JERRY DURRANT; | No. 7:23-CV-45-D |
| MICHAEL ANTHONY CHIEFFO; | No. 7:23-CV-50-D |
| WESLEY SCOTT BITNER; | No. 7:23-CV-55-D |
| SANDRA GORDON; | No. 7:23-CV-61-D |

| | |
|---|---|
| CYNTHIA BLACKMER, as personal representative of the estate of David F. Blackmer; | No. 7:23-CV-68-D |
| JOHN R. BELT, JR.; | No. 7:23-CV-69-D |
| JAMES A. FLENOURY; | No. 7:23-CV-76-D |
| FRANCES CARTER, as personal representative of the estate of Ronald Carter; | No. 7:23-CV-79-D |
| JACK GONZALEZ; | No. 7:23-CV-80-D |
| JOHN WILLIAM MCDANIEL; | No. 7:23-CV-88-D |
| LAWRENCE EVANS; | No. 7:23-CV-90-D |
| LINDA CRISP, as personal representative of the estate of Michelle Causey, | No. 7:23-CV-92-D |
| JOSEPHINE DELVALLE, as personal representative of the estate of Raymond DelValle; | No. 7:23-CV-97-D |
| WILLIAM G. GILLIAM, on behalf of himself and all others similarly situated; | No. 7:23-CV-98-D |
| PATTY NELSON JESSUP, as personal representative of the estate of Gary Jessup, Sr.; | No. 7:23-CV-101-D |
| RUSSELL DRAYTON; | No. 7:23-CV-109-D |
| EVELYN DONEGHY; | No. 7:23-CV-111-D |
| CATHLEEN W. MAKLEY, as executor of the estate of Morgan W. Makley; | No. 7:23-CV-112-D |
| VERNE HALL; | No. 7:23-CV-115-D |
| CATHLENE HOPKINS BREWER; | No. 7:23-CV-124-D |
| GERIE HEARD; | No. 7:23-CV-129-D |
| JAMES T. MAXWELL; | No. 7:23-CV-131-D |

| | | |
|---|---|---|
| SILAS ROLLINS; | ) | No. 7:23-CV-132-D |
| GARY MILLER; | ) | No. 7:23-CV-141-D |
| SUSAN SHEEHAN; | ) | No. 7:23-CV-145-D |
| ERNEST WELLS, JR.; | ) | No. 7:23-CV-147-D |
| MARY J. YOUNG; | ) | No. 7:23-CV-148-D |
| BRENDA SIMPSON; | ) | No. 7:23-CV-160-D |
| LORI LYNN FRESHWATER, individually and as executor of the estate of Mary C. Freshwater Grady; | ) | No. 7:23-CV-167-D |
| ELIZABETH ELLINGHAM; | ) | No. 7:23-CV-185-D |
| DAVID R. JOBES; | ) | No. 7:23-CV-190-D |
| RICHARD MOTA; | ) | No. 7:23-CV-193-D |
| SHARON MARTIN; | ) | No. 7:23-CV-198-D |
| MAJOR LEE PARKER; | ) | No. 7:23-CV-199-D |
| DAVID PETRIE: | ) | No. 7:23-CV-202-D |
| MARK WEST; | ) | No. 7:23-CV-207-D |
| ROBERT ERNEST LAPOINTE; | ) | No.7:23-CV-210-D |
| JON V. GRAZIANO; | ) | No. 7:23-CV-212-D |
| JULIAN O. HUGHES, JR.; | ) | No. 7:23-CV-213-D |
| AARON JOBBIE HARRIS; | ) | No. 7:23-CV-214-D |
| APRIL DIAZ; | ) | No. 7:23-CV-229-D |
| TONYA COOPER GAVIN; | ) | No. 7:23-CV-235-D |
| CLAUDIA MCCLARRIN; | ) | No. 7:23-CV-248-D |
| WILLIAM D. RANDALL; | ) | No. 7:23-CV-250-D |

| | | |
|---|---|---|
| JAMES H. KITHCART; | ) | No. 7:23-CV-257-D |
| | ) | |
| DENNIS F. MONROE, SR.; | ) | No. 7:23-CV-276-D |
| | ) | |
| ROBERT RUSSELL PARK, and | ) | No. 7:23-CV-278-D |
| JENNIFER PARK; | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

On April 5, 2023, at 1:00 p.m., the court will hold a status conference in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, to discuss various topics including: (1) procedures for preserving evidence; (2) procedures for initial disclosures; (3) fact sheets from plaintiffs in order to avoid countless tailored interrogatories; (4) procedures for early identification from plaintiffs of exposure dates, alleged injury, date of injury, and identity of expert witnesses on general causation and specific causation; (5) procedures for early identification from defendant of chemicals in the water at Camp Lejeune, including dates of discharge, levels of discharge, and locations; (6) procedures for depositions; (7) procedures for motions on general causation and specific causation under Federal Rules of Evidence 702–05; (8) possible court-appointed experts under Federal Rule of Evidence 706; (9) procedures for settlement or reference for mediation; and (10) other issues in these cases.

SO ORDERED. This 20 day of March, 2023.

JAMES C. DEVER III
United States District Judge