IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-cv-00022-D-RJ

| | |
|---|---|
| MICHAEL REES | ) ) ) ) ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| UNITED STATES OF AMERICA | ) ) ) ) |

Please take notice that the undersigned Kevin R. Dean hereby enters a notice of special appearance as counsel for Michael Rees in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Eric W. Flynn.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/Kevin R. Dean
Kevin R. Dean
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
kdean@motleyrice.com
Phone (843)216-9000
SC Bar. No. 70347
Attorney for Plaintiff

/s/ Eric W. Flynn
Eric W. Flynn (N.C. Bar No.: 57615)
Bell Legal Group, PLLC
751 Corporate Center Drive
Suite 310
Raleigh, NC 27607
eflynn@belllegalgroup.com
Phone (919)277-9299
Fax (843) 546-9604
Local Civil Rule 83.1(d) Counsel for Plaintiff