IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-cv-22

| | |
|---|---|
| Michael John Rees,<br>  PLAINTIFF,<br><br>v.<br><br>United States of America,<br>  DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)  **NOTICE OF SPECIAL APPEARANCE**<br>)<br>)<br>)<br>) |

Please take notice that the undersigned J. Edward Bell, III hereby enters a notice of special appearance as counsel for Michael John Rees in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Eric W. Flynn.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/ J. Edward Bell, III
J. Edward Bell, III
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
(843) 546-2408
jeb@belllegalgroup.com
SC Bar. No. 631
Attorney for Michael John Rees

/s/ Eric W. Flynn
Eric W. Flynn
Bell Legal Group, PLLC
751 Corporate Center Drive, Suite 310
Raleigh, NC 27607
(919) 277-9299
Fax: (843) 546-9604
eflynn@belllegalgroup.com
NC Bar. No. 57615
Local Civil Rule 83.1(d) Counsel for Michael John Rees