IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 4:23-cv-00022

| | |
|---|---|
| MICHAEL REES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

Please enter the appearance of the following attorney on behalf of Defendant United States of America in the above-captioned matter:

Lucas White
Trial Attorney
U.S. Department of Justice
W. Va. Bar No. 12501
E-mail: lucas.white@usdoj.gov
Telephone: (202) 307-6394
Fax: (202) 616-4473

Street Address:
1100 L Street NW, Ste. 3508
Washington, DC 20005

U.S. Mail Address:[1]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044

DATED this 16th of July, 2025.

Respectfully submitted,

---

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All materials should be sent via private delivery service to the street address above.

/s/ Lucas White
Lucas White
Trial Attorney, Torts Branch Environmental Torts
Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: lucas.white@usdoj.gov
Telephone: (202) 307-6394
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, a copy of the foregoing Notice of Appearance was filed via the Court's ECF system and served on counsel of record through the ECF system.

                                              */s/ Lucas White*
                                              Lucas White